FAINTUCK v OAKLAND COUNTY TREASURER
(SUPPLEMENTAL OPINION)

Criminal Law—District Courts—Attorney Fees—Indigents—Payment of Fees.

A municipality and a county are obligated to pay $54 and $46, respectively, towards a $100 attorney fee ordered by a judge of a third-class district court for an attorney appointed to represent an indigent defendant charged with a violation of state law that is cognizable by district courts, where the defendant was assessed fines and costs totaling $54 (MCLA 600.8379; Supreme Court, administrative order no. 1972-4).

Appeal from Oakland, John N. O'Brien, J. Submitted Division 2 April 2, 1974, at Detroit. (Docket No. 17427.) Decided May 30, 1974. Opinion on rehearing filed December 5, 1974.

Complaint by Jeffrey G. Faintuck against C. Hugh Dohany, Treasurer of Oakland County, and Roman J. Gronkowski, Treasurer of the City of Southfield, for mandamus to compel payment of attorney's fees for representing indigents in district court. Judgment for plaintiff against the defendant Southfield City Treasurer and judgment for defendant Oakland County Treasurer dismissing complaint. Defendant Southfield City Treasurer appeals. Reversed and remanded for issuance of a writ of mandamus to the Oakland County Treasurer, 53 Mich App 581 (1974). On rehearing, reversed in part and remanded for issuance of writs of mandamus against both defendants.

REFERENCE FOR POINTS IN HEADNOTE
21 Am Jur 2d, Criminal Law §§ 318–323.

*Faintuck, Schwedel, Roether, Wolfram & Mc-Donald,* for plaintiff.

*Donald F. Slavin,* Assistant Civil Counsel, for Oakland County Treasurer.

*Sigmund A. Beras,* for Southfield City Treasurer.

Before: DANHOF, P. J., and QUINN and V. J. BRENNAN, JJ.

SUPPLEMENTAL OPINION

QUINN, J. Rehearing granted.

The original opinion in this case is found at 53 Mich App 581; 219 NW2d 810 (1974). That opinion is incorrect because of an erroneous concession by both counsel at oral argument that neither indigent defendant was assessed a fine or costs by the district court. An application for rehearing asserted that each defendant was fined and assessed costs. Examination of the district court records discloses that each defendant was fined $25 and assessed costs of $29.

Applying Supreme Court administrative order no. 1972-4, 387 Mich xxx (1972), and MCLA 600.8379; MSA 27A.8379 to the corrected facts, if necessary, a writ of mandamus shall issue requiring the Oakland County Treasurer to pay $46 of the $100 attorney fee ordered in the case of each indigent defendant. A similar writ shall issue, if necessary, requiring the Southfield City Treasurer to pay $54 of each $100 attorney fee.

All concurred.